# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO.   2023 CW 0158

**APRIL 3, 2023**

---

In Re:   Capital City Press, L.L.C. D/B/A The Advocate, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79978.

---

**BEFORE:   THERIOT, LANIER, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT